CHARLES M. SOKOL, APPELLEE, v. VILLAGE OF SILVER CREEK, APPELLANT.

FILED JUNE 18, 1915. No. 18212.

APPEAL from the district court for Merrick county: GEORGE H. THOMAS, JUDGE. *Reversed and dismissed.*

*Elmer E. Ross,* for appellant.

*D. F. Davis* and *Reeder & Lightner, contra.*

LETTON, J.

This action is based upon substantially the same state of facts as *Shue v. Village of Silver Creek, ante,* p. 551; the only difference being that the reasons assigned for revoking this license of plaintiff are those set forth in *In re Sokol,* 90 Neb. 290.

For the reasons assigned in the opinion in that case, the judgment of the district court is reversed and the action dismissed.

REVERSED AND DISMISSED.

HAMER, J., not sitting.